

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CESAR SAVIEL SALINAS-TINOCO, | § | No. 08-13-00310-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 7 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1222231-Y) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 23, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Sharon Hazlewood, Court Reporter for the Criminal District Court No. 7, for Dallas County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **February 23, 2014.**

IT IS SO ORDERED this 12th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.